UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN LEMMINN III, <br><br> Plaintiff, <br><br> - vs - <br><br> CAPITAL ONE BANK (USA), N.A., TD BANK USA, N.A., SYNCHRONY BANK, PORTFOLIO RECOVERY ASSOCIATES, LLC, and EQUIFAX INFORMATION SERVICES, LLC., <br><br> Defendants. | Docket No. 1:18-cv-02250-RJS <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Ellen B. Silverman, Esq., of HINSHAW & CULBERTSON LLP, 800 Third Avenue, 13th Floor, New York, New York 10022, has been retained as counsel for Defendant TD Bank USA, N.A. Copies of all pleadings, orders, notices and other documents should henceforth be served on Hinshaw & Culbertson, LLP.

Dated:  New York, New York
        April 10, 2018

> HINSHAW & CULBERTSON LLP
> *Attorneys for Defendant*
> *TD Bank USA, N.A.*
>
> By:  /s/Ellen B. Silverman
>        Ellen B. Silverman
> 800 Third Avenue, 13th Floor
> New York, New York 10022
> Tel: (212) 471-6200
> Fax: (212) 935-1166
> Email: esilverman@hinshawlaw.com

To:   All Counsel of Record (via ECF)