UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN LEMMINN III,

          Plaintiff,

- vs -

CAPITAL ONE BANK (USA), N.A., TD BANK USA, N.A., SYNCHRONY BANK, PORTFOLIO RECOVERY ASSOCIATES, LLC, and EQUIFAX INFORMATION SERVICES, LLC.,

          Defendants.

Docket No. 1:18-cv-02250-RJS

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Dana B. Briganti, Esq., of HINSHAW & CULBERTSON LLP, 800 Third Avenue, 13th Floor, New York, New York 10022, has been retained as counsel for Defendant TD Bank USA, N.A. Copies of all pleadings, orders, notices and other documents should henceforth be served on Hinshaw & Culbertson, LLP.

Dated: New York, New York
       April 10, 2018

                    HINSHAW & CULBERTSON LLP
                    *Attorneys for Defendant*
                    *TD Bank USA, N.A.*

                    By: /s/Dana B. Briganti
                        Dana B. Briganti
                    800 Third Avenue, 13th Floor
                    New York, New York 10022
                    Tel: (212) 471-6200
                    Fax: (212) 935-1166
                    Email: dbriganti@hinshawlaw.com

To:    All Counsel of Record (via ECF)

301462738V1 1007815