UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHNN LEMMINN, III,<br><br>       Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA) N.A., et al.,<br><br>       Defendants. | Civil Action No. 1:18-cv-02250<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant TD Bank USA, N.A. through their undersigned counsel, that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, all claims that have been asserted in this action against TD Bank USA, N.A. are hereby dismissed in full, with prejudice, with each side to bear their own costs and fees.

Dated: November 20, 2018

| | |
|---|---|
| FRANCIS & MAILMAN, P.C. | HINSHAW & CULBERTSON LLP |
| By: __/s/ Joseph L. Gentilcore____<br>    Joseph L Gentilcore<br>    *Admitted Pro Hac Vice*<br>    1600 Market St., 25th Floor<br>    Philadelphia, PA 19103<br>    (215) 735-8600<br>    Fax: (215) 940-8000<br><br>    *Attorneys for Plaintiff* | By: __/s/ Ellen B. Silverman____<br>    Ellen B. Silverman<br>    800 Third Avenue, 13th Fl.<br>    New York, NY 10022<br>    (212) 471-6229<br>    Fax: (212) 935-1166<br><br>    *Attorneys for Defendant TD Bank USA, N.A.* |

SO ORDERED:

*[signature: George B. Daniels]*

Dated: New York, NY
      NOV 2 6 2018, 2018